J. B. HAZLETON, *et al.*, v. THE STATE, *ex rel.* J. R.
KENNEMUIR.

ON the 31st of October, 1878, the court below, on the re-
lation of *J. R. Kennemuir*, granted a peremptory writ of man-
damus against the plaintiffs in error (defendants below), who
were then the commissioners of Rush county, to compel them
to convene as such board of commissioners, and order an elec-
tion for the relocation of the county seat of said county. To
reverse this decision of the court below the commissioners of
said county have brought the case here.

*Fierce & Cline*, and *Stumbaugh & Gunn*, for plaintiffs.
*Clayton & Clayton*, for defendant.

*Per Curiam:* This case is reversed, and remanded with
costs, upon the authority of *Gordon v. The State, ex rel.*, 4
Kas. 489.